| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Mark Potter, Esq., SBN 166317<br>Center for Disability Access<br>9845 Erma Road, Suite 300, San Diego, CA 92131<br>PO Box 262490, San Diego, CA 92196-2490<br>Phone: (858) 375-7385<br>Fax: (888) 422-5191 | |
| ATTORNEY(S) FOR:  EMMANUEL RAMIREZ | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMANUEL RAMIREZ<br><br>                                v.<br>La Puente Plaza LLC, a California Limited Liability Company; Dollar Tree Stores, Inc., a Virginia Corporation; and Does 1-10 | Plaintiff(s),<br><br><br><br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____EMMANUEL RAMIREZ_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EMMANUEL RAMIREZ | Plaintiff |
| LA PUENTE PLAZA LLC | Defendant and Property Owner |
| DOLLAR TREE STORES, INC. | Defendant and Business Owner |

02/18/2016                                               _[signature]_
Date                                                          Signature

Attorney of record for (or name of party appearing in pro per):

Mark Potter, Esq.