UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 16-1184-TJH(Ex)** | Date | FEBRUARY 26, 2016 |
|---|---|---|---|

| Title | EMMANUEL RAMIREZ v. LA PUENTE PLAZA LLC., ET AL., |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR.,UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) -NEW CASE BEFORE JUDGE HATTER**

This action has been assigned to the calendar of the **HONORABLE TERRY J. HATTER, JR.,** United States District Judge.

Please include the initials **TJH** in all documents pertaining to this case, as documents are routed using the judge's initials, **it is imperative** that the correct initials **TJH** be used on all subsequent filings to prevent any delays in the processing of documents.

Counsel shall not attempt to contact the Court or its chambers staff by telephone or by any other ex parte means, although counsel may contact the **Courtroom Deputy, Yolanda Skipper,** at: yolanda_skipper@cacd.uscourts.gov, with appropriate inquiries. She can be reached at (213) 894-5276.

Judge Hatter's courtroom is located on the "Spring Street" level of the Spring Street Courthouse, Courtroom No. 17.

Additional information about Judge Hatter's procedures and schedules can be found on the court's website at **www.cacd.uscourts.gov**.

# COUNSEL: READ THIS ORDER CAREFULLY.

PAGE 2

Pursuant to General Order 08-11 and Local Rule 11-3, and unless otherwise ordered by the Court, The **mandatory chambers copy of all electronically filed documents** must include the Notice of Electronic Filing as the last page of the document. Delivery of these documents may be made to the Clerk's Office, Room G-8, Attention: Yolanda Skipper for Judge Hatter, no later than 12:00 noon the following business day.

Cases Removed from State Court: All documents filed in state court, including documents appended to the complaint, answers and motions, MUST be re-filed in this Court and Defendant shall serve this Order on all other parties.

If the defendant has not yet responded, the answer or responsive pleading filed in this Court must comply with the Federal Rules of Civil Procedure an the Local Rules of the Central District. If a motion was pending in State Court before the case was removed, it must be re-noticed in accordance with Local Rule 7.

Counsel are hereby reminded to comply with Local Rule 3-2, which requires of the filing party that all manually filed civil initiating documents shall be e-mailed in electronic form (PDF format only) to the civil intake mailbox for the appropriate Court Division, within twenty-four (24) hours of the filing date. Failure to do so may result in a hearing before this Court and imposition of *sanctions* pursuant to Local Rule 83-7(a).

Counsel for Plaintiff shall immediately serve the complaint in accordance with Fed. R. Civ. P. 4 on all parties, including this Order on any new parties to the action and file the proofs of service pursuant to Local Rule 5-3.1 with the Court.

If this case came to the Court by noticed removal, Defendant shall serve this Order on all other parties.

IT IS SO ORDERED.