Morani Stelmach SBN 296670
Rea Stelmach  SBN 296671
Stelmach & Stelmach, LLP
11630 Chayote St., Suite 3
Los Angeles, California  90049
(424) 652-6590
info@stelmachlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel Ramirez<br><br>Plaintiff(s)<br><br>v.<br><br>La Puente Plaza, LLC; Dollar Tree Stores, Inc., et al.<br><br>Defendant(s). | CASE NUMBER:<br>2:16-CV-01184-TJH-E<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☒ The parties stipulate that  Daniel Ben-Zvi  may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: August 25, 2016

Attorney For Plaintiff  /s/ Phyl Grace
Emmanuel Ramirez

Dated: _____

Attorney For Plaintiff  _____

Dated: August 25, 2016

Attorney For Defendant  /s/ Morani Stelmach
La Puente Plaza, LLC
Dollar Tree Stores, Inc.

Dated: _____

Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (01/12)    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR    Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com