CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Morani Stelmach, Esq., SBN 296670
Rea Stelmach, Esq., SBN 296671
Stelmach & Stelmach LLP
11630 Chayoye St., Suite 3
Los Angeles, CA 90049
rea@stelmachlaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Emmanuel Ramirez**, | **Case No**. 2:16-CV-01184-TJH-E |
| Plaintiff, | **Joint Report Regarding Mediation** |
| v. | |
| **La Puente Plaza LLC,** a California Limited Liability Company; **Dollar Tree Stores, Inc.,** a Virginia Corporation; and Does 1-10, | |
| Defendants | |

Through their respective attorneys of record, plaintiff Emmanuel Ramirez and Defendants La Puente Plaza, LLC and Dollar Tree Stores, Inc., jointly report that the within matter was mediated on September 7, 2016 before assigned panel mediator, Daniel Ben-Zvi.

1

Plaintiff was represented by Raymond G. Ballister, Jr.; Defendants La Puente Plaza, LLC and Dollar Tree Stores, Inc., were represented by Morani Stelmach, Esq. and Rea Stelmach, Esq., Stelmach & Stelmach, LLP.

The case settled at Mediation.

Dated: September 8, 2016          CENTER FOR DISABILITY ACCESS

By:   /s/ Raymond G. Ballister
      Raymond G. Ballister, Jr.
      Attorneys for Plaintiff

Dated: September 8, 2016          STELMACH & STELMACH LLP

By    /s/ Morani Stelmach
      Morani Stelmach
      Attorneys for Dollar Tree Stores, Inc.,
      and La Puente Plaza, LLC