CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

STELMACH & STELMACH, LLP
MORANI STELMACH, ESQ., SBN 296670
REA STELMACH, ESQ., SBN 296671
11630 Chayote St., Suite 3
Los Angeles, California 90049
Telephone: (424) 652-6590
Facsimile: (310) 472-1268
info@stelmachlaw.com
Attorneys for Defendants,
La Puente Plaza LLC, a California Limited Liability Company, and Dollar Tree Stores, Inc., a Virginia Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>LA PUENTE PLAZA LLC, a California Limited Liability Company; DOLLAR TREE STORES, INC., a Virginia Corporation; and Does 1-10,<br><br>  Defendants, | Case:   2:16-CV-01184-TJH-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

Joint Stipulation for Dismissal            Case: 2:16-CV-01184-TJH-E

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 19, 2016      CENTER FOR DISABILITY ACCESS

                                             By: /s/ Phyl Grace
                                                   Phyl Grace
                                                   Attorneys for Plaintiff

Dated: September 19, 2016      STELMACH & STELMACH, LLP

                                             By: /s/ Rea Stelmach
                                                  Rea Stelmach
                                                  Attorneys for Defendants
                                                  La Puente Plaza LLC, a California Limited Liability Company, and Dollar Tree Stores, Inc., a Virginia Corporation

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Rea Stelmach, counsel for La Puente Plaza LLC, a California Limited Liability Company, and Dollar Tree Stores, Inc., a Virginia Corporation, and that I have obtained Mr. Stelmach's authorization to affix his electronic signature to this document.

Dated: September 19, 2016       CENTER FOR DISABILITY ACCESS

                                     By: /s/ Phyl Grace
                                          Phyl Grace
                                          Attorneys for Plaintiff